**UNITED STATES DISTRICT COURT**
The Charles L. Brieant, Jr.
Federal Building and United States Courthouse
300 Quarropas St.
White Plains, New York 10601
(914) 390-4124

Chambers of
**Hon. Judith C. McCarthy**
United States Magistrate Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CAROL BARRER-COHEN,

                      Plaintiff,                **SCHEDULING ORDER**

     -against-                           18 Civ. 1847 (NSR)(JCM)

GREENBURGH CENTRAL SCHOOL
DISTRICT, *et al.*,

                    Defendants.
--------------------------------------------------------X

TO ALL PARTIES:

The Telephone Conference scheduled for April 27, 2020 at 10:30 a.m. before Magistrate Judge Judith C. McCarthy will be held through a teleconferencing service. Counsel shall call the following number at the time of the conference:

    Toll-Free Number: 877-873-8017
    Access Code: 4264138

Dated:  March 23, 2020
           White Plains, New York

                                                  **SO ORDERED:**

                                                 _____
                                                 JUDITH C. McCARTHY
                                                 United States Magistrate Judge