# The Bellantoni Law Firm, PLLC

2 Overhill Road, Suite 400
Scarsdale, New York 10583
(914)367-0090     fax (888) 763-9761

---

September 28, 2020

**VIA ECF**

Hon. Philip M. Halpern
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:    <u>Barrer-Cohen v. Greenburgh Central School District et al</u>
            18 Civ. 1847 (PMH)

Dear Judge Halpern,

    I represent the plaintiff, Carol Barrer-Cohen, in the above-referenced matter.

    I write in connection with the Court's recent adjournment of the November 5, 2020 conference to December 2, 2020 at 11:30 a.m.

    On December 2, 2020, I will be actually engaged and on trial (Factfinding Hearing) in *Matter of Studtman v. Louks*, Orange County Family Court before the Hon. Lori Currier Woods.

    I respectfully request that the conference for December 2, 2020 be adjourned to another date that week.

    Thank you for the Court's consideration in this matter.

Sincerely,

/s
Amy L. Bellantoni

cc: Lewis Silverman, Esq. (via ECF)

> The conference scheduled for December 2, 2020 is adjourned until December 3, 2020 at 10:00 a.m. At the time of the scheduled conference all parties shall call (888) 398-2342; access code: 3456831.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
>        September 29, 2020

*We do not accept service by fax.*