# The Bellantoni

> By February 16, 2021, Plaintiff shall either (1) notify the Court that a settlement has been reached or (2) file its opposition to Defendants' pre-motion conference letter. Should Plaintiff oppose Defendants' pre-motion conference letter, the Court will not accept a Rule 56.1 Counterstatement. Rather, and in compliance with the Court's Individual Practices, Plaintiff "shall reproduce each entry in the movant's Rule 56.1 Statement and set out the opposing party's response directly beneath it." The Clerk is instructed to terminate ECF No. 81.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern, U.S.D.J.
>
> Dated: New York, NY
> February 9, 2021

February 8, 2021

**VIA ECF**

Hon. Philp M. Halpern
U.S. District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

  Re: <u>Barrer-Cohen v. Greenburgh Central School District</u>, *et al.*
    18 Civ. 1847 (PMH) (JCM)

Dear Judge Halpern,

  I represent the plaintiff, Carol Barrer-Cohen, in the above-referenced matter. I write with the consent of Lewis Silverman, counsel for the defendants.

  The plaintiff's Local Rule 56.1 Counterstatement is due to be filed today, in accordance with the schedule set by the Court during our last conference.

  The plaintiff has prepared a Counterstatement to the Statement of Facts filed by the defendants, but I am respectfully requesting that the ECF filing be adjourned in furtherance of settlement discussions.

  I am informed that Mr. Silverman is scheduled to meet with the Board of Education tomorrow to discuss the terms of a proposed settlement.

  Thank you for Your Honor's consideration in this matter.

Respectfully,

/s
Amy L. Bellantoni

cc: Lewis Silverman (via ECF)

*We do not accept service by fax.*