UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
CAROL BARRER-COHEN,

                          Plaintiff,              ORDER

       v.
GREENBURGH CENTRAL SCHOOL                         18-CV-01847 (PMH)
DISTRICT, et al.,

                          Defendants.

--------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        The Court has been informed that the Parties have reached a settlement in principle

in this case. Accordingly, it hereby **ORDERED** that this action is dismissed without costs

and without prejudice to restoring the action to the Court's calendar, provided the

application to restore the action is made within thirty (30) days of this Order. Any application

to reopen filed after thirty (30) days from the date of this Order may be denied solely on that

basis. Any pending motions are DISMISSED as moot, and all conferences are CANCELED.


Dated: White Plains, New York
       February 17, 2021

                                        _____
                                        Philip M. Halpern
                                        United States District Judge